1  CHARLES S. CUSTER (SBN: 124270)
   GORDON & REES LLP
2  275 Battery Street, Suite 2000
   San Francisco, CA 94111
3  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
4  ccuster@gordonrees.com

5  Attorneys for Defendant and Cross-Defendant
   UNITED RENTALS (NORTH AMERICA), INC.
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

| | |
|---|---|
| 11  LENNON ANDREWS, | CASE NO. 15-cv-02542-PSG |
| 12           Plaintiff, | (Santa Cruz County Case No. CV 180011) |
| 13     vs. | ~~(PROPOSED)~~ ORDER GRANTING EXTENSION OF TIME FOR THE DEPOSITIONS OF RICHARD FURLANIC AND MARY HUYNH AND FOR THE FILING OF OPPOSITION AND REPLY BRIEFS TO BARRETO MANUFACTURING, INC.'S PENDING MOTION FOR SUMMARY JUDGMENT AND MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION |
| 14  UNITED RENTALS (NORTH AMERICA), INC., a Delaware corporation; BARRETO MANUFACTURING, INC., an Oregon corporation and DOES 1 through 50, inclusive | |
| 15 | |
| 16 | |
| 17           Defendants. | |
| 18  BARRETO MANUFACTURING, INC., | |
| 19           Cross-Claimant, | |
| 20     vs. | |
| 21  UNITED RENTALS (NORTH AMERICA), INC., | |
| 22 | |
| 23           Cross-Defendant. | |

24       Pursuant to the Stipulation entered into by the parties to extend time and to pursuant to

25  Local Rule 6-1(a), the Court orders as follows:

26       1.      The depositions of Richard Furlanic and Mary Huynh, which had been noticed

27  by United Rentals (North America) Inc. for April 28, 2016, may be re-noticed on a mutually

28  agreeable date after the discovery cutoff and within 45 days of the date of the parties'

    Stipulation, and;

-1-
(PROPOSED ORDER) TO EXTEND TIME

2. Oppositions to Barreto Manufacturing, Inc.'s Motion for Summary Judgment and a Motion for Good Faith Settlement Determination will be due on or before June 2, 2016, and Reply Briefs in support of those motions will be due on or before June 9, 2016.

IT IS SO ORDERED.

Dated: April 28, 2016

By: _____
Hon. Edward J. Davila